```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. Misc. 06-0084 MCE PAN
                                 )
11            Plaintiff,         )  ORDER FOR ISSUANCE OF SUBPOENAS
                                 )  PURSUANT TO 28 U.S.C. § 1783
12       v.                      )
                                 )
13  TECHNICAL SERGEANT ROBERT RAMOS,)
                                 )
14            Defendant.         )
    _____)
15
```

16     Upon consideration of the application by the United States for
17 an order that subpoenas be issued to Euripides (aka "Peter")
18 Leonidou and John Leonidou, nationals of the United States currently
19 located in the Republic of Cyprus; and it appearing that the
20 testimony of such witnesses and their production of documents is
21 necessary in the interests of justice in a military court martial
22 proceeding in this District; and it further appearing that foreign
23 assistance will be required in order to effect service in the
24 Republic of Cyprus of such subpoenas;
25     IT IS HEREBY ORDERED, pursuant to Title 28 United States Code
26 Section 1783 and Rule 17(e)(2) of the Federal Rules of Criminal
27 Procedure, that subpoenas shall issue to the United States Consular
28 Officer in Nicosia Cyprus, commanding the witnesses Peter Leonidou

and John Leonidou to appear before a United States Air Force General Court-Martial in the Beale Air Force Base courtroom, located at 17801 Warren Shingle Road, Beale Air Force Base, CA  95903, U.S.A., at 10:00 a.m. on September 5, 2006, or on any other date and time agreed upon and confirmed in writing by and between the witness and the United States.

IT IS FURTHER ORDERED that the subpoenas include the requirement that John and Peter Leonidou deliver to the court-martial convened at Beale Air Force Base the following J.A.M.E. Rentals business records related to their dealings with the United States Air Force:

1. Any written quotes, if they exist, that J.A.M.E. Rentals gave to the United States Air Force for the sale and installation of air conditioners during calendar year 2003.

2. Records to show the number of air conditioner installations that J.A.M.E. Rentals, or its subcontractors, performed for the United States Air Force during calendar year 2003, including invoices and receipts, if they exist, showing the fees that J.A.M.E. Rentals received from the United States Air Force for air conditioner installations.

IT IS FURTHER ORDERED that an appropriate formal request for legal assistance shall be expeditiously forwarded by the United States to foreign authorities in the Republic of Cyprus, seeking their assistance in effecting service of said subpoenas along with a copy of this Order upon the witnesses Peter Leonidou and John Leonidou.

IT IS FURTHER ORDERED that the United States Air Force shall pay the witnesses travel and lodging expenses.

IT IS FURTHER ORDERED that the witnesses Peter Leondiou and John Leonidou shall be protected from arrest or the service of process, either civil or criminal, while attending these proceedings

2

1 pursuant to the subpoenas.  This protection extends to matters which
2 arose before their entrance into the United States Embassy pursuant
3 to the subpoena.
4      IT IS SO ORDERED.
5 DATED: August 3, 2006.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/ramos.ord