McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-mc-0084 MCE-PAN |
| Plaintiff, ) ) | ORDER FOR ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1783 |
| v. ) ) | |
| TECHNICAL SERGEANT ROBERT RAMOS,) ) | |
| Defendant. ) _____) | |

Upon consideration of the application by the United States for an order that subpoenas be issued to Euripides (aka "Peter") Leonidou and John Leonidou, nationals of the United States currently located in the Republic of Cyprus; and it appearing that the testimony of such witnesses and their production of documents is necessary in the interests of justice in a military Court-Martial proceeding in this District; and it further appearing that foreign assistance will be required in order to effect service in the Republic of Cyprus of such subpoenas;

IT IS HEREBY ORDERED, pursuant to Title 28 United States Code Section 1783 and Rule 17(e)(2) of the Federal Rules of Criminal Procedure, that subpoenas shall issue to the United States Consular Officer in Nicosia Cyprus, commanding the witnesses Peter Leonidou

1 and John Leonidou to appear before a United States Air Force General
2 Court-Martial in the Beale Air Force Base courtroom, located at
3 17801 Warren Shingle Road, Beale Air Force Base, CA  95903, U.S.A.,
4 at 10:00 a.m. on May 21, 2007, or on any other date and time agreed
5 upon and confirmed in writing by and between the witness and the
6 United States.

7     IT IS FURTHER ORDERED that the subpoenas include the
8 requirement that John and Peter Leonidou deliver to the Court-
9 Martial convened at Beale Air Force Base the following J.A.M.E.
10 Rentals business records related to their dealings with the United
11 States Air Force:

12     1.  Any written quotes, if they exist, that J.A.M.E. Rentals
        gave to the United States Air Force for the sale and
13      installation of air conditioners during calendar year 2003.

14     2.  Records to show the number of air conditioner installations
        that J.A.M.E. Rentals, or its subcontractors, performed for the
15      United States Air Force during calendar year 2003, including
        invoices and receipts, if they exist, showing the fees that
16      J.A.M.E. Rentals received from the United States Air Force for
        air conditioner installations.
17

18     IT IS FURTHER ORDERED that an appropriate formal request for
19 legal assistance shall be expeditiously forwarded by the United
20 States to foreign authorities in the Republic of Cyprus, seeking
21 their assistance in effecting service of said subpoenas along with a
22 copy of this Order upon the witnesses Peter Leonidou and John
23 Leonidou.

24     IT IS FURTHER ORDERED that the United States Air Force shall
25 pay the witnesses travel and lodging expenses.

26     IT IS FURTHER ORDERED that the witnesses Peter Leondiou and
27 John Leonidou shall be protected from arrest or the service of
28 process, either civil or criminal, while attending these proceedings

2

1 pursuant to the subpoenas.  This protection extends to matters which
2 arose before their entrance into the United States Embassy pursuant
3 to the subpoena.
4     IT IS SO ORDERED.
5 DATED: April 3, 2007.

UNITED STATES MAGISTRATE JUDGE

/ramos.sub2a